## **DECLARACIÓN JURADA**

Yo, Pedro Luis Hornedo Colón, mayor de edad, soltero, vecino de Vega Alta, bajo el más solemne juramento declaro lo siguiente:

1. Que mi nombre y circunstancias antes expresadas son ciertas.

2. Fui contratado por Simonet Sierra Law Office para diligenciar los emplazamientos para los casos 08-1357, 09-1721 y 09-1950, entre San Juan Star y UPAGRA.

3. A partir del 27 de octubre de 2009, he visitado las oficinas del San Juan Star, localizadas en el Barrrio Palmas de Cataño entre quince a doce ocasiones. La primera vez que asistí allí, el guardia de seguridad me indicó que para emplazar al Sr. Gerardo Angulo, Presidente del San Juan Star, había que comunicarse con su asistente al teléfono 788-8300 y sacar una cita.

4. A través de este número que me dieron, me comuniqué con la recepcionista quien me indicó que la asistente del Sr. Angulo había cesado sus funciones, por lo que tenía que comunicarme personalmente con el Sr. Angulo cuando éste se encontrara presente en su oficina.

5. En varia de las ocasiones que visité las oficinas del San Juan Star, esperé a que entrara el Sr. Angulo para emplazarlo, pero siempre el guardia de seguridad me informó que tenía que llamar al teléfono antes indicado.

6. Más aún, la última vez que visité las instalaciones del San Juan Star, llamé al número indicado pero estaba fuera de servicio. Pero el guardia de seguridad se negó a indicarme otro número telefónico.

7. En una ocasión, para mediados de noviembre me enteré que el Sr. Angulo tenía un apartamento en el Condominio Bristol localizado en el Condado, a donde me personé para tratar de emplazarlo, pero el intento resultó infructuoso.

8. A pesar de todas las gestiones que he realizado para emplazar al Sr. Angulo, no ha sido posible diligenciar los emplazamientos para estos casos.

9. Incluso, recuerdo que unas semanas antes de que escuchara la noticia sobre el embargo de las propiedades de Angulo, me escuché un rumor de que éste estaba fuera de Puerto Rico.

Y para que así conste, suscribo la presente declaración jurada en Guaynabo, Puerto Rico hoy 5 de febrero de 2010.

_____
Pedro Luis Hornedo Colón

Aff. 153

Jurada y suscrita ante mí por Pedro Luis Hornedo Colón, de las circunstancias antes expresada, a quien doy de de ~~identificar mediante~~ _conocer personalmente_, en Guaynabo, Puerto Rico, hoy 5 de febrero de 2010.



_____
NOTARIO PÚBLICO