## SWORN STATEMENT

**I, CARMEN MATIAS ORTIZ,** of legal age, married and a resident of Carolina, Puerto Rico, state the following, under oath:

1. That my name and other personal circumstances are those indicated above.

2. That I work for the Simonet-Sierra Law Firm since May 8th of 1996.

3. I under sign the instant writ to certify that the sole postal address appearing within our record for The San Juan Star and its President, Mr. Gerardo Angulo is P.O. Box 364187, San Juan, Puerto Rico 00936-4187.

4. That since the closing of the San Juan Star in year 2008, we ha always addressed all correspondence to The San Juan Star through Mr. Gerardo Angulo at the indicated address.

5. Nevertheless, in mid January of 2010, we received, for the first time, correspondence returned by the U.S. Postal Service, indication that such postal box was closed.

6. I contacted the offices of the Union de Periodistas, Artes Graficas y Ramas Anejas, attempting to obtain some other postal address for the San Juan Star or for Mr. Gerardo Angulo. However, I was informed that the only postal address which they know for the San Juan Star or for Mr. Gerardo Angulo is the previously indicated one.

7. That I have no knowledge about any additional address for The San Juan Star or for Mr. Gerardo Angulo.

**AND IN ACKNOWLEDGEMENT THEREOF,** I attest thereto in Guaynabo, Puerto Rico, this 30th of March of 2010.

[signed]
**CARMEN M. MATIAS ORTIZ**

**AFFIDAVIT NO.: 0241**

Sworn and signed in my presence by Carmen M. Matias Ortiz, of the above indicated personal circumstances, who I have personally met.

In Guaynabo, Puerto Rico, this 30th of March of 2010.

[signed]
**NOTARY PUBLIC #13238**
[SEAL] ALBERTO DEL VALLE MORALES – ATTORNEY/NOTARY

# CERTIFICATION

**CERTIFIED:** To be a true and correct translation of the original document(s) from Spanish into English. Furthermore, that I am a Certified Interpreter & Translator for the Administrative Office of the U. S. Courts, named on the list of Qualified Interpreters/Translators, at the U.S. District Court for the District of Puerto Rico.

Documents:

*Carlos T. Ravelo*

*Carlos T. Ravelo, USCCI*

*This certification is only valid when it bears a blue-ink signature.